SKINNER *against* DAYTON and others.

An irregularity of practice, or defective notice, will be cured by a ne-
glect to complain of it in due season.

As where a party, who had not received due notice of the examination
of witnesses before commissioners, suffered ten months, or three
terms to elapse, before making application to the Court, he was held
to have waived, by this delay, any right to cross-examine the witness-
es, or to object a want of notice.

MOTION on the part of the plaintiff, to suppress certain de-
positions taken on the part of the defendants, for irregularity,
on an affidavit of the plaintiff's solicitor, stating, that the in-
terrogatories were left at his office, on the 11th day of *May*,
1820, with notice, that the witnesses would be examined be-
fore commissioners, on the 13th of *May*. That the solici-
tor was absent from home, when the notice was served, and
did not return until after the day. That the solicitor did
not, to his recollection, receive notice from the commission-
ers of the day and place of examining witnesses, under the
defendant's commission. That the witnesses were examin-
ed on the direct interrogatories of the defendants on the 13th,
15th, and 16th of *May*, and the commission returned on the
18th of *May*, 1820.

The affidavit of the defendants' solicitor was read, in op-
position to the motion, stating that the plaintiff's solicitor
had consented to the commissioners named in the defend-
ants' commission. That the deponent, hearing that no
cross interrogatories had been filed, asked the plaintiff's so-
licitor, a short time after the execution of the commission, if
he had received notice of executing the commission, and was
answered in the affirmative. That the deponent then offer-
ed to consent, in writing, that the plaintiff's solicitor might
file cross interrogatories, and examine the witnesses ; but the

*March 28th.*

1821.

SKINNER
v.
DAYTON.

plaintiff's solicitor replied, that he did not wish to file cross interrogatories, and made no complaint of any irregularity ; and the deponent heard nothing more on the subject until the cause was set down for hearing, and notice of the present motion for this term.

*Henry*, for the motion.

*Z. R. Shipherd*, contra.

THE CHANCELLOR. The irregularity complained of has been waived by the acquiescence and delay of the plaintiff's solicitor. This Court observed, in the case of the *Executors of Brasher* v. *Van Courtlandt*, (2 *Johns. Ch. Rep.* 249.) that irregularities in practice, and defective notices, might be cured by neglect to complain in due season ; and that there was good sense in the practice of the Courts of law on this point. Here has been a delay of ten months ; and three terms have been suffered to elapse, after notice of the examination, and after a very reasonable offer to cure the defect had been made and declined. There is no reason or justice in the present application. The opportunity to cross-examine has been expressly waived.

Motion denied.